FILED

## UNITED STATES DISTRICT COURT

2004 JAN 27  P 4: 16

### DISTRICT OF CONNECTICUT

US DISTRICT COURT
BRIDGEPORT CT

JOSE DELVALLE

PRISONER
: CIVIL NO. 3:03CV618 (AVC)(TPS)

V.                                 :

JOHN ARMSTRONG, ET AL.         :    JANUARY 26, 2004


### APPEARANCE


**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter our appearance as counsel for the defendants in the above-captioned case.

Dated at Hartford, Connecticut, this _26 H_ day of January 2004.


DEFENDANTS
John Armstrong, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY: _____

Richard T. Biggar
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Tel:  (860) 808-5450
E-Mail:  richard.biggar@po.state.ct.us
Federal Bar #ct05228

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 26th

day of January 2004:

      Jose Delvalle #236253
      Greensville Correctional Center
      901 Corrections Way
      Jarratt, VA 23870

      Richard T. Biggar
      Assistant Attorney General