MAR 2 5 2004

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 APR 12  P 2: 40

U.S. DISTRICT COURT
BRIDGEPORT, CONN

_Jose DeValle_
Name of Plaintiff/Petitioner

v.

Case No. _3:03-cv-00618_

_Armstrong_
Name of Defendant/Respondent

## MOTION FOR APPOINTMENT OF COUNSEL

### PERSONAL/FINANCIAL DATA.

1.  Your full name: _Jose Luis DeValle_

    Your present mailing address: _Greenville C.I._
    _901 Correction Way    Jarrath, VA 23870_

    Telephone number: _(804) 535-7000_

2.  Are you presently employed? YES ____ NO _✓_

3.  If your answer to #2 is YES, please provide the name and address of your employer and the amount of your usual weekly earnings. _____
    _____ N/A _____
    _____

    Weekly earnings: _____ N/A _____

4.  If you are not presently employed, please provide the name and address of your last employer, the date (approximate) that you last worked, and the amount of weekly earnings you were receiving. _____ N/A _____
    _____

Date last worked: _____ N/A _____

Weekly earnings: _____ N/A _____

5.  Approximately how much money have you received in the past twelve months in the form of:

a) salary, wages, commissions, or earned income of any kind? "ViA" money orders "VARies" amount

b) interest, dividends, rents or investments of any kind? _____ N/A _____

c) gifts or inheritances of any kind? _____ N/A _____

6.  How much money do you have in any checking or savings account(s)?

Checking: _____ N/A _____

Savings: _____ N/A _____

Prison account: _____ N/A _____

7.  Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding household items and clothing)?  YES ____ NO ✓

If YES, describe the property and state the approximate value: _____

_____ N/A _____

_____

8.  How much money do you owe others? _____ N/A _____

For each debt, state the name of the creditor and the amount owed:

| CREDITOR | AMOUNT OWED |
|---|---|
| N/A | N/A |
| | |
| | |
| | |

9.  List the persons who depend upon you for support, and state your relationship to them.

Emily Perez        "Daughter"

Melany Delvalle    "Daughter"

Chistopher Delvalle "Son"

10. Are there any persons regularly residing in your household who are over the age of 18 and who are presently employed? YES ✓ NO ___

If the answer is YES, please provide the following information for each such person:

Name: Hipolita Delvalle

Relationship: Mother

Employer: St. Vincent Hospital

Weekly Earnings: $310.00

11. Include any other information which supports your claim that you cannot financially afford to employ an attorney.

Incarcerated, family income moderate

### NATURE OF YOUR CLAIM.

12. Describe in your own words the nature of the claim which you are presenting to the court in your complaint/petition.

I was segregated, Affiliated with A Security

(Additional space on next page)

Risk group And treated unimpartial because

of my race And the city which I am from.

<hr>

### EFFORTS TO OBTAIN AN ATTORNEY
The Court strongly suggests that you contact a minimum of three attorneys.

13.    Have you spoken with any attorney about handling your case?   YES [X]   NO [X]

14.    If your answer to #13 is YES, please provide the following information about each attorney with whom you spoke:

a) Attorney's name ___FRANK J. RICCIO___

Date you contacted this attorney ___June, 2003___

Method of contact (in person, by telephone, etc.) ___Did not speak to him verbally, Just by mail.___

Reason why attorney was not employed to handle your case ___The distance from Bridgeport to Hartford___

b) Attorney's name ___WINONA ZIMBERLIN___

Date you contacted this attorney ___October 2003___

Method of contact (in person, by telephone, etc.) ___By MAil___

Reason why attorney was not employed to handle your case ___"N/A" Never Gotten A Response___

c) Attorney's name _Law office of Wahla & Associates_

Date you contacted this attorney _February of 2004_

Method of contact (in person, by telephone, etc.) _Through written_
_mail._

Reason why attorney was not employed to handle your case _____
_Haven't gotten a response._
_____

15.  Explain any other efforts you have made to obtain an attorney to handle your case.
_____ N/A _____
_____
_____
_____
_____

16.  Please provide any other information which supports your application for the court to appoint counsel. _____
_I believe the issues I have raised are_
_with meritable. And I do not want to_
_make a mistake by going "pro se"..._
_____

17.  Do you need a lawyer who speaks a language other than English?
     YES ____ NO X

     If you answered YES, what language do you speak? _____

I declare under the penalties of perjury that my answers to the foregoing questions are true to the best of my knowledge.

I understand that if I am assigned a lawyer and my lawyer learns, either from myself, or elsewhere, that I can afford a lawyer, the lawyer may give this information to the court.  See Local Rule 29(b)(4) and (g).

I understand that if my answers on my application to proceed in forma pauperis and/or on this application for appointment of counsel are false, my case may be dismissed.  See 28 U.S.C. §1915(e).

I hereby waive my privilege of attorney-client confidentiality to the extent necessary for my appointed attorney to make an application to be relieved from appointment as provided in Local Rules 29(c) and (d).

I understand that filing this motion does not excuse me from litigating my case, and that it is still my responsibility to have the defendants served with process in accordance with Rule 4 of the Federal Rules of Civil Procedure, if I have not already done so.  I also understand that filing this motion does not stay this case and does not excuse me from responding to any motion filed by the defendants.


3-23-04
_____
Date

_Jose DelValle_
_____
Original Signature of Movant


6

# Certification

This is to certify that the motion for Appointment of Counsel was mailed postage prepaid to Assistant Attorney General "Richard T. Biggar" office of the Attorney General, 110 Sherman St. Hartford, CT 06105 on April 8, 2004.

CT Inmate # 236253

VA Inmate # 326398

901 Correction Way
Jarratt, VA 23870

Jose Delvalle

Jose Delvalle