UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| JOSE DELVALLE | : | PRISONER<br>CIVIL NO. 3:03CV618 (AVC)(TPS) |
| v. | : | |
| JOHN ARMSTRONG, ET AL. | : | APRIL 20, 2004 |

## MOTION FOR EXTENSION OF TIME

The defendants respectfully ask this Court for an extension of time, <u>nunc pro tunc</u>, from March 27, 2004 until May 15, 2004, to file their answer to the plaintiff's complaint. Such an extension is necessary since the defendants have not fully investigated the various claims of this <u>pro se</u> inmate.

This is the first request for an extension of time for this purpose. The defendants' counsel has not contacted the plaintiff concerning this motion as the plaintiff is <u>pro se</u> and is incarcerated in the custody of the Commissioner of Correction.

                                        DEFENDANTS
                                        John Armstrong, et al.

                                        RICHARD BLUMENTHAL
                                        ATTORNEY GENERAL

BY:_____/s/_____
      Richard T. Biggar
      Assistant Attorney General
      110 Sherman Street
      Hartford, CT  06105
      Federal Bar #ct
      E-Mail:  richard.biggar@po.state.ct.us
      Tel: (860) 808-5450
      Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 20th day of April 2004:

    Jose DelValle CT #236253
    VA #
    Greensville Correctional Center
    901 Corrections Way
    Jarratt,  VA  23870

                                                      _____/s/_____
                                                      Richard T. Biggar
                                                      Assistant Attorney General