UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 APR 30 P 3: 20

U.S. DISTRICT COURT
HARTFORD, CT.

JOSE DELVALLE              :
                           :        PRISONER
    v.                     :   Case No. 3:03CV618(AVC)(TPS)
                           :
JOHN J. ARMSTRONG, et al.  :

RULING AND ORDER

Defendants seek an extension of time, until May 15, 2004, to respond to the complaint. Defendants' motion [**doc. #15**] is **GRANTED**.

Plaintiff seeks appointment of pro bono counsel in this action pursuant to 28 U.S.C. § 1915. For the reasons set forth below, plaintiff's motion is denied without prejudice.

The Second Circuit repeatedly has cautioned the district courts against the routine appointment of counsel. See, e.g., Hendricks v. Coughlin, 114 F.3d 390, 393 (2d Cir. 1997); Cooper v. A. Sargenti Co., 877 F.2d 170, 172 (2d Cir. 1989). The Second Circuit has made clear that before an appointment is even considered, the indigent person must demonstrate that he is unable to obtain counsel. Hodge v. Police Officers, 802 F.2d 58, 61 (2d Cir. 1986), cert. denied, 502 U.S. 996 (1991).

In his motion, plaintiff identifies one law firm that declined representation and two others that have not yet responded to his inquiries. He does not indicate, however, that he contacted

Inmates' Legal Assistance Program. Based upon the current record, the court cannot conclude that plaintiff is unable to obtain legal assistance on his own.

Accordingly, plaintiff's motion for appointment of counsel [**doc. #14**] is **DENIED** without prejudice. Plaintiff should contact Inmates' Legal Assistance Program for legal assistance with this case. Any future motion for appointment of counsel shall indicate why the assistance available from Inmates' Legal Assistance Program is inadequate at this stage of litigation.

**SO ORDERED** this 30th day of April, 2004, at Hartford, Connecticut.

Thomas P. Smith
United States Magistrate Judge