UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSE DELVALLE | : | PRISONER<br>CIVIL NO. 3:03CV618 (AVC)(TPS) |
| v. | : | |
| JOHN ARMSTRONG, ET AL. | : | JUNE 24, 2004 |

## ANSWER AND AFFIRMATIVE DEFENSES

1. Paragraphs 1 and 2, under the heading Parties, are denied as incomplete and/or inaccurate.

2. Paragraph 3, under the heading Parties, is admitted.

3. Paragraph 4, under the heading Parties, is denied as incomplete and/or inaccurate.

4. Paragraphs 5 and 6, under the heading Parties, are admitted.

5. Paragraph 7, under the heading Parties, is denied as incomplete and/or inaccurate.

6. Paragraph 8, under the heading Parties, is denied as incomplete.

7. Paragraph 1, under the heading Jurisdiction, is denied.

8. Paragraphs 3 through 9, under the heading Claims, are denied as incomplete and/or inaccurate.

9. Paragraphs 10 through 13, under the heading Claims, are denied.

10. Paragraph 14 is denied as incomplete and/or inaccurate.

11. Paragraph 2, which follows Exhibit B, is denied as incomplete and/or inaccurate.

12. Paragraphs 3 through 14, which follow Exhibit B, are denied.

13. Paragraph 15, which follows Exhibit B, is denied as vague, incomplete and/or inaccurate.

14. Paragraphs 16 and 17, which follow Exhibit B, are denied.

15. The allegations contained in response to the section entitled Nature of the Case, are denied.

16. Claim I, situated under the section entitled Cause of Action, is denied.

17. Paragraph 1, under Cause of Action Supporting Facts, is admitted.

18. Paragraph 2, under Cause of Action Supporting Facts, is denied as incomplete and/or inaccurate.

19. As to paragraph 1, under the heading Previous Lawsuits and Administrative Relief, the defendants have insufficient knowledge and/or belief and leave the plaintiff to his proof.

20. Paragraph 2, under the heading Previous Lawsuits and Administrative Relief, is admitted.

21. Paragraph 3, under the heading Previous Lawsuits and Administrative Relief, is denied as incomplete and/or inaccurate.

22. The defendants have insufficient knowledge and/or belief as to paragraph 1, under the heading Previously Dismissed Actions or Appeals, and leave the plaintiff to his proof.

23. Paragraph 2, under the heading Previously Dismissed Actions or Appeals, is denied.

24. Plaintiff's requests for relief are denied.

### FIRST AFFIRMATIVE DEFENSE

Insofar as this action seeks money damages from the State of Connecticut, it is barred by the Eleventh Amendment to the United States Constitution.

### SECOND AFFIRMATIVE DEFENSE

To the extent that this action seeks money damages against the defendants in their individual capacities, the defendants acted within the scope of their duties as officers/employees of the State of Connecticut and acted with an objectively reasonable belief that their actions were

lawful. Their actions did not violate any clearly established law. For these reasons, they are entitled to qualified immunity from monetary damages.

### THIRD AFFIRMATIVE DEFENSE

The plaintiff has failed to state a claim against the defendants upon which relief may be granted.

### FOURTH AFFIRMATIVE DEFENSE

To the extent that State law claims exist in this action, and to the extent that they are based on negligence or state torts on the part of the defendants, those claims are barred by Conn. Gen. Stat. §§ 4-141 through 4-164, by Conn. Gen. Stat. § 4-165 and by the doctrine of sovereign immunity.

### FIFTH AFFIRMATIVE DEFENSE

The plaintiff has not complied with the exhaustion provisions of the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a).

### SIXTH AFFIRMATIVE DEFENSE

The defendants, Correctional Officer Mancini, former Commissioner John Armstrong, Warden Strange and Counselor Clark, had no personal involvement in the designation of the plaintiff as a security risk group member.

DEFENDANTS
John Armstrong, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:_____/s/_____
       Richard T. Biggar
       Assistant Attorney General
       110 Sherman Street
       Hartford, CT  06105
       Federal Bar #ct
       E-Mail: richard.biggar@po.state.ct.us
       Tel: (860) 808-5450
       Fax: (860) 808-5591


## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 24th day

of June 2004:

Jose DelValle CT #236253
VA #
Greensville Correctional Center
901 Corrections Way
Jarratt, VA  23870


_____/s/_____
Richard T. Biggar
Assistant Attorney General

4