UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSE DELVALLE | : | PRISONER<br>CIVIL NO. 3:03CV618 (AVC)(TPS) |
| v. | : | |
| JOHN ARMSTRONG, ET AL. | : | AUGUST 30, 2004 |

### MOTION FOR EXTENSION OF TIME TO FILE
### MOTION FOR SUMMARY JUDGMENT

The defendants respectfully move for an extension of time, from August 27, 2004 until November 5, 2004, to file their summary judgment in this case. Such an extension of time is necessary in order to obtain all the exhibits and affidavits necessary in order to file a summary judgment, to write the memorandum for summary judgment and to prepare the necessary corresponding parts of a motion for summary judgment.

This is the defendants' first request for an extension of time to file a summary judgment in this case. The defendants' counsel has not contacted the plaintiff concerning this motion since he is proceeding pro se and is incarcerated in the custody of the Commissioner of Correction.

DEFENDANTS
John Armstrong, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Richard T. Biggar
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct05228
E-Mail: richard.biggar@po.state.ct.us
Tel: (860) 808-5450 Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 3rd day of September 2004:

    Jose DelValle VA #326398
    CT #236253
    Greensville Correctional Center
    901 Corrections Way
    Jarratt, VA 23870

                                          _____
                                          Richard T. Biggar
                                          Assistant Attorney General