FILED
OCT 27 2004

2004 OCT 27 P 5:13
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

10-25-04

RE: DelValle vs Armstrong, ET AL   Docket No. 3:03CV 618
(AVC)(TPS)

I would like to withdraw my claim. May a withdrawal form be sent to me.

Thank you for your time

Sincerly,

Jose DeValle