UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| JOSE DELVALLE | : | PRISONER<br>CIVIL NO. 3:03CV618 (AVC)(TPS) |
| v. | : |  |
| JOHN ARMSTRONG, ET AL. | : | NOVEMBER 2, 2004 |

### MOTION FOR EXTENSION OF TIME TO FILE
### MOTION FOR SUMMARY JUDGMENT

The defendants respectfully move for an extension of time, from November 5, 2004 until January 5, 2005, to file their summary judgment in this case. Such an extension of time is necessary in order to obtain all the exhibits and affidavits necessary in order to file a summary judgment, to write the memorandum for summary judgment and to prepare the necessary corresponding parts of a motion for summary judgment. It also makes sense since Mr. DelValle has apparently requested to withdraw this case.

This is the defendants' second request for an extension of time to file a summary judgment in this case. The defendants' counsel has not contacted the plaintiff concerning this motion since he is proceeding pro se and is incarcerated in the custody of the Commissioner of Correction.

DEFENDANTS
John Armstrong, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:_____/s/_____
Richard T. Biggar
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct05228
E-Mail:  richard.biggar@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 2nd day of November, 2004:

Jose DelValle, No. 236253
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT  06080

_____/s/_____
Richard T. Biggar
Assistant Attorney General