FILED

UNITED STATES DISTRICT COURT

2004 NOV 23 P 3:33

DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
HARTFORD, CT.

JOSE DELVALLE

    V.                                        PRISONER
                                        CASE NO. 3:03CV618(AVC)(TPS)

JOHN ARMSTRONG, ET AL.

### RULING AND ORDER

Pending before the Court is the plaintiff's motion to withdraw this action.[1]  Pursuant to Rule 41(a)(2), Fed. R. Civ. P., the Motion **[doc. #19]** is **GRANTED** and the action is dismissed without prejudice.  The Clerk is directed to close this case.

SO ORDERED.

Dated at Hartford, Connecticut this 23rd day of November, 2004.

Alfred V. Covello
United States District Judge

---

[1] The plaintiff states that he would like to withdraw his case and asks the Clerk to send him a "withdrawal form."  Mot. Withdraw at 1.  The plaintiff is informed that the Clerk's Office does not maintain "withdrawal form[s]."  If a plaintiff seeks to withdraw an action, he or she must draft and file a motion to withdraw.  Thus, the court considers the plaintiff's motion as a motion to withdraw this action.